AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

<u>TALBOTS PHARMACEUTICALS FAMILY PRODUCTS L L C, et al.</u>  )
Plaintiff )
v. ) Civil Action No. 3:25–CV–01246–TAD–KDM
) Judge Terry A Doughty
<u>KIDS2 INC</u> )
Defendant )

### SUMMONS IN A CIVIL ACTION

To:
**Kids2 Inc**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Robert Martin Chiaviello Jr**
**NubyLaw**
**3030 Aurora Ave 2nd Fl**
**Monroe, LA 71201**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:  8/27/2025     /s/ – Daniel J. McCoy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

3:25–CV–01246–TAD–KDM
# PROOF OF SERVICE
**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Kids2 Inc** was received by me on *(date)*_____.

- I personally served the summons on **Kids2 Inc** at *(place)*_____
  _____ on *(date)*_____; or

- I left the summons at the individual's residence or usual place of abode with *(name)*
  _____ _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)*
  _____ _____ on *(date)*
  _____; or

- I returned the summons unexecuted because _____
  _____; or

- Other *(specify):*

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                              *Server's signature*

                                                              _____
                                                              *Printed name and title*

                                                              _____
                                                              *Server's address*

Additional information regarding attemped service, etc: